FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JESSE FUENTES Defendant. | Case No.: CR 18-708-FMO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist.** for alleged violation(s) of the terms and conditions of his/her [probation] [**supervised release**]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met **his**/her burden of establishing by clear and convincing evidence that **he**/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **no known bail resources; nature of allegations (incl. absconding from supervision); new conviction while on SR**

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8/31/22

_____
UNITED STATES MAGISTRATE JUDGE
PAUL L. ABRAMS